IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02766-CMA-MJW

KEITH FRAZIER,

Plaintiff(s),

v.

MICHAEL MILLER, Warden, CCCF, and
VICKI LEWIS, Librarian, CCF,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   Based upon the report and recommendation issued today (Docket No. 28), it is hereby

   ORDERED that the Scheduling Conference and Show Cause Hearing set on May 12, 2015, at 10:00 a.m. is VACATED.  It is further

   ORDERED that the Plaintiff's Motion to Compel Disclosure (Docket No. 26) is DENIED AS MOOT.

Date: May 11, 2015