**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02766-CMA-MJW

KEITH FRAZIER,

    Plaintiff,

v.

MICHAEL MILLER, Warden, CCCF, and
VICKI LEWIS, Librarian, CCCF,

    Defendants.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming May 11, 2015 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on May 29, 2015 it is

ORDERED that the Recommendation of United States Magistrate Judge Michael J. Watanabe (Doc. No. 28) is AFFIRMED and ADOPTED as an order of this Court. It is

FURTHER ORDERED that Defendant Michael Miller's Motion to Dismiss (Doc. No. 18) is GRANTED and that the Plaintiff's Objection (Doc. No. 30) is OVERRULED. It is

FURTHER ORDERED that this case is DISMISSED in its entirety. It is

FUTHER ORDERED that the Defendants shall have their costs by the filing of of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day of May, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

Deputy Clerk